■ In the Matter of the Estate of JOSEPH BAZARNICKI, Deceased. THEODORE F. BEER, as Treasurer of Montgomery County, Administrator C. T. A., Respondent, and MARIA BAZARNITSKAYA et al., Appellants, and ZENOVIA RUCKEY, Respondent.—Motion by appellants for leave to file record and brief beyond the one-year period specified by 22 NYCRR 800.12 of the Rules of Practice. The moving papers indicate that the decree which appellants seek to have reviewed was entered on May 7, 1976. The appeal from this decree was therefore deemed abandoned when a record and brief were not served by July 1, 1977 (see *Hobbs v State of New York,* 53 AD2d 998). Pursuant to section 800.12, the court may order the clerk to accept a record and brief for filing beyond the one-year period upon a showing of reasonable excuse for the delay and facts demonstrating merit to the appeal. In the instant matter, appellants' only excuse for the delay is the fact that certain attorneys and paralegals who were working on the appeal either went on vacation or left the firm following the filing of the notice of appeal. This can hardly be considered a "reasonable excuse" under section 800.12 especially when it is noted that the record on the proposed appeal would be substantially the same as that filed on the prior appeal in this case (*Matter of Bazarnicki,* 44 AD2d 871). In addition, it appears that appellants' brief on the prior appeal contained extensive argumentation on the only issue to be considered on this appeal (i.e., whether decedent had made a gift to respondent Ruckey). Under these circumstances, the appeal should have been promptly perfected. Finally, appellants' conclusory statements in the moving papers are inadequate to satisfy the requirement of section 800.12 that facts be set forth showing merit to the appeal. Motion denied, without costs, and appeal dismissed. Greenblott, J. P., Sweeney, Kane, Main and Herlihy, JJ., concur.

■ In the Matter of EDWARD C. MAGUIRE, et al., Constituting the Board of Water Supply of the City of New York, Appellants. RUTH L. TOCH, et al., Respondents.—Motion by appellants for leave to file record and brief beyond the one-year period specified by 22 NYCRR 800.12 of the Rules of Practice. The appeal in question was taken from an order of the Supreme Court, entered in Sullivan County on November 9, 1973, which confirmed 10 riparian damage awards made by Commissioners of Appraisal pursuant to title K of chapter 51 of the New York City Administrative Code. The appeal was therefore deemed abandoned when a record and brief were not served by July 1, 1977 (see *Hobbs v State of New York,* 53 AD2d 998). After